# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DIANA KEETON**     **PLAINTIFF**

**v.**     **CAUSE NO. 1:23cv74-LG-BWR**

**WAL-MART STORES EAST, LP,**     **DEFENDANT**
**and JOHN DOES 1-10**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of July, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge